## FRETZ et al. *v.* CARLILE et al.

Decisions in *Gardere* v *Murray;* 5 Mart. N. S. 244, that, if a judgment be signed before the pro-
per time, the party against whom it is rendered may move for a new trial as though the
judgment had not been signed, but if, instead of doing so, he appeals, that he will be thereby
precluded from urging that the appeal was not final—affirmed.

An appellant, who had been allowed by the judgment appealed from but a dividend on
his claim out of the funds for distribution, who contends that the judgment was rendered
without evidence, in his absence, and by consent of the other parties, cannot require an
amendment of the judgment so as to allow him the whole amount of his claim out of the
fund for distribution, on the ground that the other parties, by allowing him a dividend on
his claim, recognized its amount. *Per Cur:* The appellant has no right to divide the con-
sent of the other litigants, which was intended by them to facilitate the disposition of the
fund in court, and made in a spirit of compromise.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J.
*Elmore* and *King*, for the plaintiff. *Mott*, for the appellants *Baker*, *Lusk*
& Co. *Hunton*, for *Lawrence et al*. The judgment of the court *(King*, J.
absent,) was pronounced by

SLIDELL, J. The objection raised as to the premature signing of the judg-
ment is sufficiently answered by a reference to the case of *Gardere* v. *Murray*,
5 Mart. N. S. 244.

The appellants *Baker*, *Lusk* & Co. do not pray that the cause be remanded
for a new trial; but simply that the judgment be so amended as to allow them
out of the fund in court for distribution $498 62, the whole amount of their
claim, instead of $166 21, which was awarded them by the decision of the court
below. Can we give them this relief, upon their own hypothesis that the judg-
ment was rendered without any testimony being adduced? We think not. If
there be no testimony before this court, it is the intervenor's own fault. He
was an actor, and should have sustained his claim by evidence. He cannot

71

FRETZ
*v.*
CARLILE.

ask us to render a judgment in his favor, for a claim which he has not proved. Whether, under the circumstances, the appellants could have had the cause remanded it is unnecessary to say ; as the point is not made, nor is that relief asked.

But while the appellants contend that the judgment of the court below was rendered without evidence and by consent of the other parties, the appellants not having appeared at the trial of the cause, they insist that they are entitled to their whole claim, because the written consent in agreeing that they should have judgment for a dividend of 33 per cent on their claim of $498 62, thereby. recognized that as the amount of their claim. But, in our opinion, the appellants have not a right thus to divide the consent of the other litigants, which was intended by them to facilitate the disposition of the fund in court, and which was made in a spirit of compromise.                     *Judgment affirmed.*